**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION**

SHELIA CROFF                                                                                   PLAINTIFF

vs.                                                             Civil Action No. 4:07-cv-116 HTW-LRA

MICHAEL J. ASTRUE,
Commissioner of Social Security                                                       DEFENDANT

## FINAL JUDGMENT

This matter, having come on before this court pursuant to the Report and Recommendation of United States Magistrate Judge, and this court, having adopted said Report and Recommendation as the order of this court, hereby orders that plaintiff's motion for summary judgment is granted to the extent that this case is to be remanded to the Commissioner of Social Security. The defendant's motion for an order affirming the Commissioner is denied.

**SO ORDERED, this the 30th day of March, 2009.**

**s/ HENRY T. WINGATE
CHIEF UNITED STATES DISTRICT JUDGE**